**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**MONTGOMERY DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-33120 |
| Lillie S. Galloway | Chapter 13 |
| Debtor. | Judge Bess M. Parrish Creswell |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE IV, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Partners for Payment Relief DE IV, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: November 7, 2018 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

# CERTIFICATE OF SERVICE

I certify that on November 7, 2018, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Gregory E Tolar, Debtor's Counsel
    tolarbknotices@gmail.com

    Sabrina L. McKinney, Chapter 13 Trustee
    trustees_office@ch13mdal.com

    Bankruptcy Administrator
    ba@almb.uscourts.gov

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on November 7, 2018, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Lillie S. Galloway, Debtor
    7330 Heathermore Loop
    Montgomery, AL 36117

                      /s/ D. Anthony Sottile
                      D. Anthony Sottile
                      Authorized Agent for Creditor
                      Sottile & Barile, LLC
                      394 Wards Corner Road, Suite 180
                      Loveland, OH 45140
                      Phone: 513.444.4100
                      Email: bankruptcy@sottileandbarile.com