## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                            Case No. 18−33120
Lillie S. Galloway,                                                          Chapter 13

        Debtor.

## ORDER CONFIRMING PLAN

       The debtor's plan filed on October 30, 2018, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

       It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

       It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated January 25, 2019

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge